AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| ALEX PYGIN, an individual and California resident, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>BOMBAS, LLC, SHOPIFY (USA) INC. and SHOPIFY, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:20-cv-4412-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bombas, LLC
c/o Registered Agent
UNITED STATES CORPORATION AGENTS, INC.
7014 13th Avenue, Suite 202
Brooklyn, New York, 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: M. Anderson Berry, Esq.
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
916-777-7777

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong
*Jorden Burger*

Date: 7/6/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-04412-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOMBAS, LLC
was received by me on *(date)* 07/07/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* UNITED STATES CORPORATION AGENTS, INC. , who is designated by law to accept service of process on behalf of *(name of organization)* BOMBAS, LLC AT 3:28PM By leaving with Lisa Knight, authorized to accept on *(date)* 07/16/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 205.00 for travel and $ _____ for services, for a total of $ 205.00 .

I declare under penalty of perjury that this information is true.

Date: 07/17/2020

*Server's signature*

Juan de los Santos-New York Process Server #2067123
*Printed name and title*

ASSOCIATED LEGAL SERVICES OF CALIFORNIA
PO BOX 418393
SACRAMENTO, CA 95841
*Server's address*

Additional information regarding attempted service, etc:
Address documents were served at: 7014 13TH AVENUE, SUITE 202, BROOKLYN, NEW YORK 11228
Additional Documents served:
COMPLAINT, CIVIL CASE COVER SHEET, EXHIBITS, MAGISTRATE JUDGE STANDING ORDER, ECF REGISTRATION INFORMATION, NOTICE OF ASSIGNMENT TO MJ WITH ELECTION FORM, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA AND CASE MANAGEMENT ORDER WITH ADR DEALINES.