M. ANDERSON BERRY, SBN 262879
aberry@justice4you.com
LESLIE GUILLON, SBN 222400
lguillon@justice4you.com
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA  95825
Telephone:    916.777.7777
Facsimile:     916.924.1829

JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:    813.223.5505
Facsimile:     813.223.5402

*Attorneys for Plaintiff Alex Pygin*

JOSHUA A. JESSEN, SBN 222831
jjessen@gibsondunn.com
CASSANDRA L. GAEDT-SHECKTER,
SBN 280969
cgaedt-sheckter@gibsondunn.com
JEREMY S. SMITH, SBN 283812
jssmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94303-1211
Telephone:    650.849.5300
Facsimile:     650.849.5333

*Attorneys for Defendants
Shopify Inc. and Shopify (USA) Inc.*

ANNE JOHNSON PALMER, SBN 302235
anne.johnsonpalmer@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA  94111-4006
Tel:  415-315-6300
Fax: 415-315-6350

EDWARD R. MCNICHOLAS (*pro hac vice*)
edward.mcnicholas@ropesgray.com
FRANCES FAIRCLOTH (*pro hac vice*)
fran.faircloth@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel:  202-508-4600
Fax:  202-508-4650

RICHARD D. BATCHELDER, JR. *(pro hac vice)*
richard.batchelder@ropesgray.com
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel:    (617) 951-7000
Fax:   (617) 951-7050

*Attorneys for Defendant Bombas, LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ALEX PYGIN,<br><br>            Plaintiff,<br>     v.<br><br>BOMBAS, LLC; SHOPIFY (USA) INC.; and SHOPIFY INC.,<br><br>            Defendants. | Case No. 4:20-cv-04412-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR 60 DAYS PENDING SETTLEMENT**<br><br>Judge: Hon. Jeffrey S. White |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6-2(a), Plaintiff Alex Pygin ("Plaintiff"), and Defendants Bombas LLC, Shopify (USA) Inc., and Shopify Inc. (collectively "Defendants" and, together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Parties have reached an agreement in principle for a class settlement;

WHEREAS, the Parties are in the process of preparing a written settlement agreement;

WHEREAS, the Parties anticipate the process to finalize the settlement and for Plaintiff's counsel to move for preliminary approval will be completed within sixty (60) days;

WHEREAS, on November 18, 2020, the Parties completed briefing of Defendants' Motions to Dismiss (Dkt. Nos. 36-42);

WHEREAS, on January 4, 2021, the Court vacated the hearing previously set for January 15, 2021 (Dkt. No. 43) on Defendants' Motions to Dismiss, and no other hearing date has been scheduled at this time; and

WHEREAS, the Parties do not wish to burden the Court while the settlement process is being completed.

WHEREAS, the Parties consider these settlement discussions, agreement, and related motions to be subject to Fed. R. Evid. 408 and reserve all rights to proceed with this case, without prejudice, if a settlement agreement cannot be finalized in a manner that the Court approves.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, by and through their counsel and subject to this Court's approval, that this action be stayed for sixty (60) days pending finalization of the settlement agreement, and that the Court need not decide Defendants' Motions to Dismiss at this time.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| Dated: February 19, 2021 | | **CLAYEO C. ARNOLD,**<br>**A PROFESSIONAL LAW CORPORATION** |
| | By: | */s/ M. Anderson Berry* |
| | | M. Anderson Berry |
| | | *Attorneys for Plaintiff*<br>*Alex Pygin* |
| Dated: February 19, 2021 | | **ROPES & GRAY LLP** |
| | By: | */s/ Anne Johnson Palmer* |
| | | Anne Johnson Palmer |
| | | *Attorneys for Defendant*<br>*Bombas, LLC* |
| Dated: February 19, 2021 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: | */s/ Joshua A. Jessen* |
| | | Joshua A. Jessen |
| | | *Attorneys for Defendants*<br>*Shopify Inc. and Shopify (USA) Inc.* |

\*   \*   \*

### ECF ATTESTATION

I, Anne Johnson Palmer, hereby attest that the concurrence in the filing of this document has been obtained from the above signatories.

DATED: February 19, 2021        */s/ Anne Johnson Palmer*
                                                Anne Johnson Palmer

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____

                                        Jeffrey S. White
                                        United States District Court Judge