| | |
|---|---|
| M. ANDERSON BERRY, SBN 262879<br>aberry@justice4you.com<br>LESLIE GUILLON, SBN 222400<br>lguillon@justice4you.com<br>CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue<br>Sacramento, CA  95825<br>Telephone:     916.777.7777<br>Facsimile:      916.924.1829<br><br>JOHN A. YANCHUNIS (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>201 North Franklin Street, 7th Floor<br>Tampa, FL  33602<br>Telephone:     813.223.5505<br>Facsimile:      813.223.5402<br><br>*Attorneys for Plaintiff Alex Pygin*<br><br>JOSHUA A. JESSEN, SBN 222831<br>jjessen@gibsondunn.com<br>CASSANDRA L. GAEDT-SHECKTER,<br>SBN 280969<br>cgaedt-sheckter@gibsondunn.com<br>JEREMY S. SMITH, SBN 283812<br>jssmith@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94303-1211<br>Telephone:     650.849.5300<br>Facsimile:      650.849.5333<br><br>*Attorneys for Defendants*<br>*Shopify Inc. and Shopify (USA) Inc.* | ANNE JOHNSON PALMER, SBN 302235<br>anne.johnsonpalmer@ropesgray.com<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4006<br>Tel:  415-315-6300<br>Fax: 415-315-6350<br><br>EDWARD R. MCNICHOLAS (*pro hac vice*)<br>edward.mcnicholas@ropesgray.com<br>FRANCES FAIRCLOTH (*pro hac vice*)<br>fran.faircloth@ropesgray.com<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>Tel:  202-508-4600<br>Fax:  202-508-4650<br><br>RICHARD D. BATCHELDER, JR. *(pro hac vice)*<br>richard.batchelder@ropesgray.com<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel:     (617) 951-7000<br>Fax:    (617) 951-7050<br><br>*Attorneys for Defendant Bombas, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALEX PYGIN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BOMBAS, LLC; SHOPIFY (USA) INC.; and SHOPIFY INC.,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-04412-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR 30 DAYS PENDING SETTLEMENT**<br><br>Judge: Hon. Jeffrey S. White |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6-2(a), Plaintiff Alex Pygin ("Plaintiff"), and Defendants Bombas LLC, Shopify (USA) Inc., and Shopify Inc. (collectively "Defendants" and, together with Plaintiff, the "Parties") hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the Parties have reached an agreement in principle for a class settlement in this action;

WHEREAS, on February 19, 2021, the Parties filed a stipulation in which they agreed to a stay of proceedings for sixty (60) days to finalize the settlement (Dkt. No. 44), which the Court granted on February 22, 2021 (Dkt. No. 45);

WHEREAS, the Parties are continuing the process of finalizing a written settlement agreement;

WHEREAS, the Parties require additional time to finalize a full written settlement and for Plaintiff's counsel to prepare a motion for preliminary approval, and anticipate the process to finalize the settlement will be completed within thirty (30) days after the end of the previously granted stay, currently set for April 20, 2021;

WHEREAS, on January 4, 2021, the Court vacated the hearing previously set for January 15, 2021 (Dkt. No. 43) on Defendants' Motions to Dismiss, and no other hearing date has been scheduled at this time;

WHEREAS, the Parties do not wish to burden the Court with unnecessary proceedings while the settlement process is being completed;

WHEREAS, the Parties consider these settlement discussions, agreement, and related motions to be subject to Fed. R. Evid. 408 and reserve all rights to proceed with this case, without prejudice, if a settlement agreement cannot be finalized in a manner that the Court approves.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, by and through their counsel and subject to this Court's approval, that this action be stayed for an additional thirty (30) days, until May 20, 2021, pending finalization of the settlement agreement.

1    **IT IS SO STIPULATED.**

3    Dated:  April 16, 2021                    **CLAYEO C. ARNOLD,**
                                               **A PROFESSIONAL LAW CORPORATION**

                                               By:  */s/ M. Anderson Berrry*
                                                         M. Anderson Berry

                                               *Attorneys for Plaintiff*
                                               *Alex Pygin*

8    Dated:  April 16, 2021                    **ROPES & GRAY LLP**

                                               By:  */s/ Anne Johnson Palmer*
                                                         Anne Johnson Palmer

                                               *Attorneys for Defendant*
                                               *Bombas, LLC*

12   Dated:  April 16, 2021                    **GIBSON, DUNN & CRUTCHER LLP**

                                               By:  */s/ Joshua A. Jessen*
                                                         Joshua A. Jessen

                                               *Attorneys for Defendants*
                                               *Shopify Inc. and Shopify (USA) Inc.*

\*     \*     \*

### ECF ATTESTATION

I, Anne Johnson Palmer, hereby attest that the concurrence in the filing of this document has been obtained from the above signatories.

DATED: April 16,  2021                         */s/ Anne Johnson Palmer*
                                                    Anne Johnson Palmer

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: April 16, 2021

_____
Jeffrey S. White
United States District Court Judge