UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: November 19, 2021                                   Time in Court: 13 minutes

**JUDGE: JEFFREY S. WHITE**                          **Court Reporter**: Raynee Mercado

Courtroom Deputy: Jennifer Ottolini

**CASE NO.:** 20-cv-4412 JSW

**TITLE:** Alex Pygin v. Bombas, LLC, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Anderson Berry | Anne Johnson Palmer – Bombas, LLC |
| | Edward McNichols – Bombas, LLC |
| | Jeremy Smith – Shopify Inc., Shopify (USA) |
| | Joshua Jesson - Shopify Inc., Shopify (USA) |

**PROCEEDINGS:**   Motion for Settlement
Motion for Attorney Fees

**RESULTS:**   Hearing held.

The motions are taken under submission.
A written ruling shall issue.