M. ANDERSON BERRY (262879)
aberry@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALEX PYGIN, an individual and California resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOMBAS, LLC, SHOPIFY (USA) INC. and SHOPIFY, INC.<br><br>Defendants. | Case No.: 4:20-cv-04412-JSW<br><br>**POST DISTRIBUTION ACCOUNTING REPORT**<br><br>Judge: Hon. Jeffrey S. White |

1

Pursuant to the United States District Court Northern District of California's Procedural Guidance for Class Action Settlements, Class Counsel submits the following Post Distribution Accounting Report:

| SETTLEMENT DETAILS | |
|---|---|
| Total Settlement Fund | Gross Settlement Fund: $225,000.00 |
| Total Number of Class Members | 82,615 |

| NOTICE DETAILS | |
|---|---|
| Methods of Notice | Mail Notice (Postcards sent) <br> E-mail Notice |
| Total Number of Post Card Notices Sent | 4,715 |
| Total Number of Post Card Notices Sent & <u>Not</u> Returned as Undeliverable | 4,663 |
| Total Number of Email Notices Sent | 77,888 |
| Total Number of Email Notices Sent & <u>Not</u> Returned as Undeliverable | 76,336 |

| CLAIM FORM SUBMISSIONS, EXCLUSIONS AND OBJECTIONS | |
|---|---|
| Total Number of Claim Forms Submitted | 11,789 Claim Form Submissions <br> ▪ 11,604 Online submissions <br> ▪ 185 Mailed submissions |
| Total Number of Valid Claim Forms Submitted and Approved | 1,922 |
| Total Number of Opt-Outs Submitted | 0 |
| Total Number of Objections Submitted | 0 |

2

| SETTLEMENT PAYMENT DETAILS ||
|---|---|
| Method(s) of Payment to Class Members | Physical Checks sent by the United States Postal Service ("USPS") first-class mail, postage prepaid; Payments via PayPal |
| Total Number of Cash Payments Issued to Class Members | 1,922 |
| Total Number of Checks Issued | 1,420 |
| Total Number of PayPal Payments Issued | 502 |
| Total Cash Amount Distributed to Class Members | $109,056.60 |
| Average Recovery Per Claimant through 4/24/22 | The deadline for class members to cash settlement payments is 10/4/2022, therefore this average number is not known at this time. If all settlement payments are cashed, the average payment per claimant will be $56.74. |
| Median Recovery Per Claimant through 4/24/22 | The deadline for class members to cash settlement payments is 10/4/2022, therefore this median number is not known at this time. If all settlement payments are cashed, the median payment per claimant will be $56.71. |
| Total Number of Payments Issued to Class Members and Not Cashed/Cleared through 4/24/22 | The deadline for class members to cash settlement payments is 10/4/2022, therefore this total number is not known at this time. As of April 24, 2022, 281 payments have not been cashed. |
| Total Value of Payments Not Cashed/Cleared through 4/24/22 | The deadline for class members to cash settlement payments is 10/4/2021, therefore this total number is not known at this time. As of April 24, 2022, payments worth a total of $15,955.51 have not been cashed. |
| Smallest Payment Amount | $56.71 |
| Largest Payment Amount | $66.71 |

| SETTLEMENT PAYMENT DETAILS | |
|---|---|
| Total Administration Costs | $50,629.15 |
| Amount of Residual Distributed to Non-Profit Organization | TBD |
| Court Appointed Service Awards to Class Representative | $1,000.00 |
| Attorneys' Fees Awarded | $56,250.00 |
| Court Awarded Attorneys' Fees as a percentage of the Settlement Fund | 25.000% |
| Attorneys' Fees Multiplier | -0.335 |
| Attorneys' Expenses Awarded | $8,066.37 |
| Court Awarded Attorneys' Expenses as a Percentage of the Settlement Fund | 3.585% |
| Total Attorneys' Fees and Costs | $64,316.37 |
| Percentage of Attorneys' Fees and Costs of the Settlement Fund | 28.585% |

*See* Declaration of Ryan Chumley of Angeion Group, LLC Re: Post-Distribution Accounting attached hereto as Exhibit A.

DATED:  April 25, 2022           Respectfully submitted,

           **CLAYEO C. ARNOLD,**
           **A PROFESSIONAL LAW CORP.**

       By: */s/ M. Anderson Berry*
          M. ANDERSON BERRY

          M. ANDERSON BERRY
          aberry@justice4you.com
          865 Howe Avenue
          Sacramento, CA 95825

Telephone: (916) 239-4778
Cellular: (415) 595-3302
Facsimile: (916) 924-1829

JOHN A. YANCHUNIS (*Pro Hac Vice*)
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs*